IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 20-cv-60970-SMITH/Valle

IN RE THE COMPLAINT OF:
LOHENGRIN, LTD., as owner of the 2006
*M/Y* Lohengrin, a 2006 161-foot aluminum
trideck motoryacht from Trinity Yachts,
IMO Number 8735998, for Exoneration from or
Limitation of Liability.
_____/

## MOTION FOR ORDER RESTRAINING PROSECUTION OF CLAIMS

Petitioner, Lohengrin Ltd., as owner of the *M/Y* Lohengrin, a 2006 161-foot aluminum trideck motoryacht from Trinity Yachts, IMO Number 8735998, files this Motion for Order Restraining Prosecution of Claims, and for the below reasons, further states:

Petitioner, having complied with the requirements of Supplemental Admiralty Rule F(1) hereby petitions this Court for an Order Restraining Prosecution of any and all claims. Pursuant to Supplemental Rule F(3) on application of Petitioner the Court shall enjoin the further prosecution of any action or proceedings against Lohengrin, Ltd. At this time, Petitioner is aware of claims, which are pending against it for the damages from the fire incident on November 16, 2019.

**WHEREFORE**, Petitioner respectfully requests that this Honorable Court grant herein its Order Restraining Prosecution of Claims.

Dated: May 19, 2020

Respectfully submitted,

**FOREMAN FRIEDMAN, P.A.**

By: */s/ Darren W. Friedman*
      Jeffrey E. Foreman (FBN 240310)
      jforeman@fflegal.com

**FOREMAN FRIEDMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

Darren W. Friedman (FBN 146765)
dfriedman@fflegal.com
Paul Bagley (FBN 94211)
pbagley@fflegal.com
FOREMAN FRIEDMAN, PA
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Tel: 305-358-6555/Fax: 305-374-9077
*Counsel for Petitioner*