UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY
Case No. 20-60970-CIV-SMITH

IN RE THE COMPLAINT OF:

LOHENGRIN, LTD., as owner of the
2006 M/Y Lohengrin, a 2006 161-foot
Aluminum trideck motoryacht from
Trinity Yachts, IMO Number 8735998,
for Exoneration from or Limitation of
Liability
_____ /

## Rule 7.1 Disclosures

Third Party Defendant, Atlantic Refinishing Crew, Inc., by and through counsel, files its

Rule 7.1 Disclosures as follows:

Corporate

Atlantic Refinishing Crew, Inc., is a Florida corporation that does not have a parent

corporation and there is no publicly held corporation owning 10% or more of its stock.

Interested Persons

Debbie Bailey, owner and officer of Atlantic Refinishing Crew, Inc.
c/o John D. Kallen, P.A.

Kirtnell Bailey, owner and officer of Atlantic Refinishing Crew, Inc.
c/o John D. Kallen, P.A.

John D. Kallen, Esq. – Counsel for Atlantic Refinishing Crew, Inc.
John D. Kallen, P.A.
17071 W. Dixie Highway
No. Miami Beach, FL 33160

Dated:  March 8, 2021

      /s/**<u>John D. Kallen</u>**
      John D. Kallen, Esq.
      Florida Bar No. 277428
      JOHN D. KALLEN, P.A.
      17071 West Dixie Highway
      North Miami Beach, Florida 33160
      Tel: 305-956-5775
      E-mail: jdklaw1@aol.com
             julie@jdk-law.com
      *Counsel for Atlantic Refinishing Crew*